## HENRY B. BREVOORT *versus* JONATHAN EASTMAN

JOURNAL ENTRIES (1821): *Journal 3:* (1) Discontinued *p. 195.
PAPERS IN FILE: (1) Precipe for habeas corpus and certiorari; (2) recognizance; (3) writ of habeas corpus cum causa; (4) writ of certiorari; (5) transcript of county court record; (6) precipe to tax attorneys' fee.
*Office Docket*, MS p. 153, c. 82. Recorded in *Book A*, MS pp. 136–43.

## JEAN BAPTISTE CICOTT *versus* GABRIEL GODFROY, SR.

JOURNAL ENTRIES (1821): *Journal 3:* (1) Settled out of court *p. 195.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return.
*Office Docket*, MS p. 153, c. 84.

## JOHN McDONELL *versus* JOHN SCOTT

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Motion to amend return to certiorari *p. 196; (2) rule to amend return to certiorari *p. 232; (3) continued *p. 257; (4) rule to join in error *p. 292; (5) judgment reversed *p. 368.
PAPERS IN FILE: (1) Application for certiorari, allowance; (2) writ of certiorari; (3) transcript of J. P. record; (4) motion for amended return; (5) additional return; (6) assignment of errors; (7) joinder in error; (8) precipe for execution fi. fa.; (9) writ of fi. fa. and return; (10) writ of supersedeas; (11) alias fi. fa. and return.
*1821 Calendar*, MS p. 71. Recorded in *Book B*, MS pp. 125–31.